

# Notice of Service of Process

null / ALL
**Transmittal Number: 21281405**
Date Processed: 03/17/2020

| | |
|---|---|
| **Primary Contact:** | Heather McClow<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number  2515365 |
| **Entity Served:** | Lowe's Home Centers, LLC |
| **Title of Action:** | Jonathan Winchester vs. Lowe's Home Centers, LLC |
| **Matter Name/ID:** | Jonathan Winchester vs. Lowe's Home Centers, LLC (10113625) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Marion County Superior Court, IN |
| **Case/Reference No:** | 49D13-2003-CT-009995 |
| **Jurisdiction Served:** | Indiana |
| **Date Served on CSC:** | 03/16/2020 |
| **Answer or Appearance Due:** | 23 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Jim Hurt<br>812-332-9451 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Jonathan Winchester

Plaintiff(s)

VS.                                                    No. _____

Lowe's Home Centers, LLC

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Lowe's Home Centers, LLC c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: __3/5/2020__                                   _____
                                                     CLERK, MARION CIRCUIT/SUPERIOR COURTS

JIM HURT, #3485-89
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐      By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐      By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐      By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:  __s/ JIM HURT__
     ATTORNEY FOR PLAINTIFF

[SEAL: MARION COUNTY COURTS, INDIANA]

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this __ day of _____, 2020.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the _____ day of _____, 2020, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____ __, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

    Dated this __ day of _____, 2020.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.

1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant: _____ (Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit: _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s) _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).

All done in MARION County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION | COURT |
| | ) SS: | | |
| COUNTY OF MARION | ) | CAUSE NO. | |

JONATHAN WINCHESTER

VS.

LOWE'S HOME CENTERS, LLC

## COMPLAINT FOR DAMAGES

Comes now the plaintiff, Jonathan Winchester, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Lowe's Home Centers, LLC, alleges and says:

1.  That on or about August 24, 2019, the plaintiff, Jonathan Winchester, was a customer at the Lowe's home store located at 8801 East 25th Street in Indianapolis, Marion County, Indiana.

2.  That on or about August 24, 2019, the plaintiff, Jonathan Winchester, caught his foot on a post that was negligently placed in the aisle at said location, causing the plaintiff to fall and suffer serious injuries.

3.  That the defendant negligently failed to provide a safe premises.

4.  That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in his lawful use of same.

5.  That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

6.  That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

7.  That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

-2-

8.   That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

9.   That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

10.   That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

11.   That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY:   *s/ Jim Hurt*
      Jim Hurt, #34385-89
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN  47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: jamesh@kennunn.com


**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE


BY:   *s/ Jim Hurt*
      Jim Hurt, #34385-89
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN 47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: jamesh@kennunn.com


Jim Hurt, #34385-89
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone: 812-332-9451
Fax Number: 812-331-5321
Attorney for Plaintiff

# KEN NUNN LAW OFFICE

### FRANKLIN PLACE
104 SOUTH FRANKLIN ROAD
BLOOMINGTON, INDIANA 47404-5295



9214 8901 9403 8308 9521 33

ZIP 47404
041L12204252

**LOWE'S HOME CENTERS LLC**
**C/O: CORPORATION SERVICE COMPANY**
**STE 1610**
**135 N PENNSYLVANIA ST**
**INDIANAPOLIS IN 46204-2448**

Filed: 3/20/2020 4:49 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D13-2003-CT-009995 |

JONATHAN WINCHESTER,            )
                                )
    Plaintiff,                  )
                                )
vs.                             )
                                )
LOWE'S HOME CENTERS, LLC,       )
                                )
    Defendant.                  )
                                )
                                )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:
   Initiating _____    Responding _X_    Intervening _____; and

   the undersigned attorney and all attorneys(s) listed on this form now appear in this case for the following parties:

   **DEFENDANT LOWE'S HOME CENTERS, LLC**

2. Attorney information for service as required by Trial Rule 5(B)(2):

   | | |
   |---|---|
   | Name: Kristen M. Carroll | Atty Number: 23129-49-A |
   | Address: Kightlinger & Gray, LLP | Phone: (317) 638-4521 |
   | 211 North Pennsylvania Street, Suite 300 | FAX: (317) 636-5917 |
   | Indianapolis, Indiana 46204 | Computer Address: kcarroll@k-glaw.com |

   | | |
   |---|---|
   | Name: Jordan Mark Slusher | Atty Number: 34204-49 |
   | Address: Kightlinger & Gray, LLP | Phone: (317) 638-4521 |
   | 211 North Pennsylvania Street, Suite 300 | FAX: (317) 636-5917 |
   | Indianapolis, Indiana 46204 | Computer Address: jslusher@k-glaw.com |

   Each attorney specified on this appearance:

   (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
   (b) acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

    (c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.    There are related cases: Yes ___ No _X_

4.    Additional information required by state or local rule: _____

5.    This form has been served on all other parties and Certificate of Service is attached:
Yes _X_   No ____

KIGHTLINGER & GRAY, LLP

By: */s/ Jordan M. Slusher*
Kristen M. Carroll, Atty. #23129-49A
Jordan M. Slusher, Atty. #34204-49
Attorneys for Defendant, Lowe's Home Centers, LLC

### CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2020, the foregoing was served upon the following via the electronic filing/notification system and/or U.S. Mail, as follows:

Jim Hurt
KEN NUNN LAW OFFICE
104 Franklin Road
Bloomington, IN 47404
(Attorney for Plaintiff)

By: */s/ Jordan M. Slusher*
Kristen M. Carroll/Jordan M. Slusher

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521 / Fax (317)636-5917
kcarroll@k-glaw.com
jslusher@k-glaw.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D13-2003-CT-009995 |

| | |
|---|---|
| JONATHAN WINCHESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LOWE'S HOME CENTERS, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Lowe's Home Centers, LLC, by counsel, respectfully moves the Court for an extension of time in which to file an answer or other response to Plaintiff's Complaint for Damages and in support of said Motion would show the Court:

1. Plaintiff filed his Complaint for Damages or about March 5, 2020 and Defendant Lowe's Home Centers, LLC was served on or about March 16, 2020; thereby making Defendant's answer due on or before April 15, 2020.

2. Defendant respectfully requests an initial extension of time of thirty (30) days or to and including May 15, 2020 within which to answer or otherwise respond to Plaintiff's Complaint for Damages.

3. This request for an extension of time is not made for the purposes of delay, rather to allow time for Defendant's counsel to prepare a proper response to Plaintiff's Complaint for Damages.

WHEREFORE, Defendant, Lowe's Home Centers, LLC, by counsel, respectfully moves this Court for an extension of time of thirty (30) days or to and including May 15, 2020, within which to respond to Plaintiff's Complaint for Damages, and for all other just and proper relief.

                KIGHTLINGER & GRAY, LLP

                By: */s/ Jordan M. Slusher*
                     Kristen M. Carroll, Atty. #23129-49A
                     Jordan M. Slusher, Atty. #34204-49
                     Attorneys for Defendant, Lowe's Home Centers, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2020, the foregoing was served upon the following via the electronic filing/notification system and/or U.S. Mail, as follows:

Jim Hurt
KEN NUNN LAW OFFICE
104 Franklin Road
Bloomington, IN 47404
(Attorney for Plaintiff)

                By: */s/ Jordan M. Slusher*
                     Kristen M. Carroll/Jordan M. Slusher

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521 / Fax (317)636-5917
kcarroll@k-glaw.com
jslusher@k-glaw.com

**UNITED STATES POSTAL SERVICE**

Mailer: Ken Nunn Law Office

Date Produced: 03/23/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8308 9521 33. Our records indicate that this item was delivered on 03/16/2020 at 09:51 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Mary Cole*
*Mary Coleman*

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

    LOWES HOME CENTERS LLC
    C/O: CORPORATION SERVICE COMPANY
    135 N PENNSYLVANIA ST STE 1610
    INDIANAPOLIS IN 46204-2448

Customer Reference Number:     C1970116.11249390

Return Reference Number:       Jonathan Winchester

2

```
USPS MAIL PIECE TRACKING NUMBER:   42046204921489019403830895213 3
MAILING DATE:       03/10/2020
DELIVERED DATE:   03/16/2020
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

    LOWES HOME CENTERS LLC
    C/O: CORPORATION SERVICE COMPANY
    135 N PENNSYLVANIA ST STE 1610
    INDIANAPOLIS IN 46204-2448



MAIL PIECE TRACKING EVENTS:

    03/10/2020 13:11        PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM        BLOOMINGTON,IN 47404
    03/12/2020 08:15        ORIGIN ACCEPTANCE                               BLOOMINGTON,IN 47404
    03/12/2020 09:30        PROCESSED THROUGH USPS FACILITY                 INDIANAPOLIS,IN 46206
    03/13/2020 06:01        PROCESSED THROUGH USPS FACILITY                 INDIANAPOLIS,IN 46206
    03/14/2020 08:26        ARRIVAL AT UNIT                                 INDIANAPOLIS,IN 46204
    03/14/2020 08:37        OUT FOR DELIVERY                                INDIANAPOLIS,IN 46204
    03/14/2020 10:42        BUSINESS CLOSED                                 INDIANAPOLIS,IN 46204
    03/16/2020 09:51        DELIVERED INDIVIDUAL PICKED UP AT USPS          INDIANAPOLIS,IN 46204
```