UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JONATHAN WINCHESTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-01153-JRS-MJD |
| LOWE'S HOME CENTER, LLC, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by their respective counsel, and hereby stipulate and agree the above entitled cause of action and all claims therein shall be **DISMISSED, WITH PREJUDICE**, each side bearing its own costs.

Respectfully submitted,

*s/Jordan M. Slusher*_____
Jordan M. Slusher, Atty #34204-49
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
*Attorney for Defendant*

*s/ James R. Hurt*_____
James R. Hurt, Atty #34385-89
KEN NUNN LAW OFFICE
104 S. Franklin Road
Bloomington, IN 47404
*Attorney for Plaintiff*