UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JONATHAN WINCHESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01153-JRS-MJD |
| | ) | |
| LOWE'S HOME CENTER, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties to this cause have filed a Stipulation of Dismissal With Prejudice as to all claims. Having reviewed and considered same, it is hereby ordered that the above captioned cause and all claims therein be and hereby is DISMISSED, WITH PREJUDICE, each party bearing its own costs.

SO ORDERED.

Date: 11/15/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

Jordan M. Slusher
Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN  46204
jslushers@k-glaw.com

James R Hurt
Ken Nunn Law Office PC
104 S. Franklin Road
Bloomington, IN  47404
jamesh@kennunn.com

1